534 A.2d 452

**COMMONWEALTH of Pennsylvania**

v.

**Troy ANDREWS, Petitioner.**

**No. 1080 E.D. Allocatur Docket 1986.**

Supreme Court of Pennsylvania.

Sept. 24, 1987.

## ORDER

AND NOW, this 24th day of September, 1987, the Motion for Appointment of Counsel is remanded to COMMON-WEALTH COURT for the consideration of the eligibility of petitioner for appointed counsel. If it is determined that petitioner is entitled to the appointment of counsel, the Court is to appoint counsel. Amended petition for allowance of appeal is to be filed within 30 days of the entry of the order below.